**Odette TIENMENI, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 15–1363.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 9, 2015.

Decided: Nov. 25, 2015.

Godwill C. Tachi, Tachi Law Firm, LLC, Greenbelt, Maryland, for Petitioner. Brianne Whelan Cohen, Senior Litigation Counsel, Andrea N. Gevas, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before GREGORY and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Odette Tienmeni, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have reviewed the administrative record and the Board's order and find no abuse of discretion. We therefore deny

the petition for review for the reasons stated by the Board. *See In re: Tienmeni* (BIA Mar. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*